**Order entered December 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00902-CV

**WEINSTEIN & RILEY, P.S., Appellant**

**V.**

**LARRY BLANKENSHIP, ET AL., Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-05153A**

## ORDER

We **GRANT** appellant's December 23, 2014 unopposed motion for an extension of time to file a reply brief. Appellant shall file a reply brief by **JANUARY 9, 2015**.

                    /s/     ELIZABETH LANG-MIERS
                            JUSTICE